**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang**

Civil Action No. 24-cv-00350-NYW-MDB

DUSTIN MILES DAVIS,
DUSTIN MILES SARGENT-DAVIS,
C.M.S.,
C.R.H.,
E.M.H., and
UNITED STATES OF AMERICA,

    Plaintiffs,

v.

THE PEOPLE OF THE STATE OF COLORADO,
COUNTY COURT, EL PASO COUNTY COLORADO,
LAKEVIEW LOAN SERVICING,
BARRETT FRAPPIER & WEISSERMEN LLP,
MARIA DENT, and
DISTRICT COURT JUDGE THOMAS KELLY KANE,

    Defendants.

---

## ORDER

This matter is before the Court on the Court's Order to Show Cause, [Doc. 10], in which the Court ordered Plaintiff Dustin Miles Davis ("Plaintiff" or "Mr. Davis") to show cause, in writing, on or before April 1, 2024,[1] why this case should not be dismissed without prejudice for Mr. Davis's failure to comply with Rule 8 of the Federal Rules of Civil

---

[1] The Court notes that Rule 6 of the Federal Rules of Civil Procedure mandates that three days be added to this deadline because service was made to Mr. Davis by mail pursuant to Rule 5(b)(2)(C).  *See* [Doc. 11]; *see also* Fed. R. Civ. P. 6(d) ("When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail) . . . 3 days are added after the period would otherwise expire under Rule 6(a).").

Procedure and this Court's February 6, 2024, Order, [Doc. 6].[2] Instead of explaining why the case should not be dismissed, Plaintiff has filed a second document titled "Bond for Temporary Restraining Order," *see* [Doc. 12]; *see also* [Doc. 2 ("Bond for Temporary Restraining Order")], which suffers from the same deficiencies as his first document filed under that title, *see* [Doc. 2].

Because Plaintiff has not identified any grounds establishing why this case should not be dismissed for his failure to comply with Rule 8 and this Court's February 6, 2024, Order, and has not otherwise complied with this Court's directive that he file an Amended Complaint that complies with Rule 8 of the Federal Rules of Civil Procedure by establishing the basis for this Court's subject matter jurisdiction, specifically identifying the claims he is asserting, and providing a clear, concise statement of specific facts that support each asserted claim, *see* [Doc. 6; Doc. 10], the Court dismisses this case without prejudice, *see Rodriguez v. Nationwide Homes, Inc.*, 756 F. App'x 782, 785 (10th Cir. 2018) ("If a complaint fails to meet the[] basic pleading requirements, a district court may dismiss the action sua sponte for failure to comply with Rule 8."); D.C.COLO.LCivR 41.1 ("A judicial officer may issue an order to show cause why a case should not be dismissed for . . . failure to comply with . . . the Federal Rules of Civil Procedure[] or a court order.

---

[2] Because Plaintiff is proceeding without an attorney, the Court liberally construes his filings. *See Haines v. Kerner*, 404 U.S. 519, 520–21 (1972) (per curiam); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, may not act as Mr. Davis's advocate, *see Hall*, 935 F.2d at 1110, and observes that Plaintiff is bound by the same procedural rules and substantive law as a represented party, *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005).

If good cause is not shown, a district judge . . . may enter an order of dismissal with or without prejudice.").

Accordingly, the Order to Show Cause [Doc. 10] is **MADE ABSOLUTE**.  This case is **DISMISSED without prejudice**.  The Clerk of Court is **DIRECTED** to close this case.

A copy of this Order shall be mailed to:

>Dustin Miles Davis
>4555 South Calhan Highway
>Calhan, CO 80808

DATED:  April 5, 2024

BY THE COURT:

_____
Nina Y. Wang
United States District Judge